*State, Respondent, v. Stark, Petitioner*, No. 90980-6. Petition for review of a decision of the Court of Appeals, No. 31215-1-III, October 7, 2014, 183 Wn. App. 893. *Denied* September 2, 2015.

*State, Respondent, v. Blackmon, Petitioner*, No. 91269-6. Petition for review of a decision of the Court of Appeals, No. 70955-1-I, December 22, 2014, 185 Wn. App. 1008. *Denied* September 2, 2015.

*State, Respondent, v. Bettys, Petitioner*, No. 91368-4. Petition for review of a decision of the Court of Appeals, No. 71418-0-I, January 20, 2015, 185 Wn. App. 1030. *Denied* September 2, 2015.

*State, Respondent, v. Cornwell, Petitioner*, No. 91404-4. Petition for review of a decision of the Court of Appeals, Nos. 31762-5-III and 31763-3-III, February 24, 2015, 186 Wn. App. 1006. *Denied* September 2, 2015.

*Klinkert, Petitioner, v. Wash. State Criminal Justice Training Comm'n, Respondent*, No. 91427-3. Petition for review of a decision of the Court of Appeals, No. 71461-9-I, February 9, 2015, 185 Wn. App. 832. *Denied* September 2, 2015.

*State, Respondent, v. Lopez Torres, Petitioner*, No. 91452-4. Petition for review of a decision of the Court of Appeals, No. 31439-1-III, February 12, 2015, 185 Wn. App. 1053. *Denied* September 2, 2015.

*State, Respondent, v. Lopez, Petitioner*, No. 91453-2. Petition for review of a decision of the Court of Appeals, No. 31441-3-III, February 12, 2015, 185 Wn. App. 1054. *Denied* September 2, 2015.

*State, Respondent, v. Courter, Petitioner*, No. 91507-5. Petition for review of a decision of the Court of Appeals, No. 31890-7-III, February 26, 2015, 186 Wn. App. 1007. *Denied* September 2, 2015.